IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| NATIONSRENT, INC., <u>et al.</u>, | : | Case No. 01-11628 through 01-11639 (PJW) |
| | : | |
| | : | (Jointly Administered) |
| Debtors | : | |
| | : | |
| | : | Adv. No. 03-59758 |
| NATIONSRENT UNSECURED CREDITOR'S LIQUIDATING TRUST, PERRY MANDARINO, NOT PERSONALLY, BUT AS TRUSTEE | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| 3-D/COASTAL OIL COMPANY, | : | Civil Action No. 04-1033 KAJ |
| | : | |
| Defendant. | : | |

MOTION TO WITHDRAW
AS COUNSEL FOR 3-D/COASTAL OIL COMPANY

NOW COMES, Jeffrey P. Wasserman, counsel for the Defendant, 3-D/Coastal Oil Company ("3-D"), and hereby moves this Honorable Court for an Order allowing him to withdraw as counsel and in support thereof represents as follows:

1. In March of 2004, the undersigned counsel filed an Answer to the Complaint on behalf of the Defendant.

2. On or about February 6, 2006, the parties reached an agreement to settle this matter. The terms of the settlement agreement were authorized by Defendant.

3. On February 7, 2006, the appropriate settlement documents and payment directions were provided to Defendant.

4. On February 22, 2006, Defendant's principal, Jerry Otzelberger, advised counsel's associate that Defendant would comply with the terms of the settlement agreement within 30 days.

5. As of this date, Defendant has not complied with the terms of the settlement agreement.

6. Additionally, Mr. Otzelberger has not responded to numerous communications from counsel's office, including telephones calls and written correspondence.

7. Defendant's failure to comply with the terms of the settlement agreement or communicate with counsel prevent counsel from competently representing Defendant.

WHEREFORE, the undersigned counsel respectfully requests that this Honorable Court enter an Order granting him leave to withdraw as counsel for Defendant, 3-D/Coastal Oil Company, for the reasons stated herein.

Dated: 6/21/06

Jeffrey P. Wasserman (#2184)
Ciconte, Roseman, and Wasserman
1300 King Street
Wilmington, Delaware 19801
(302) 658-7101
Attorney for the Defendant