IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | : Chapter 11 |
| | : |
| NATIONSRENT, INC., et al., | : Case No. 01-11628 through 01-11639 (PJW) |
| | : |
| | : (Jointly Administered) |
| Debtors | : |
| | : Adv. No. 03-59758 |
| NATIONSRENT UNSECURED CREDITOR'S LIQUIDATING TRUST, PERRY MANDARINO, NOT PERSONALLY, BUT AS TRUSTEE | : |
| Plaintiff, | : |
| v. | : |
| 3-D/COASTAL OIL COMPANY, | : Civil Action No. 04-1033 KAJ |
| Defendant. | : |

## ORDER

AND NOW, to-wit, this ____ day of June, 2006, this cause having been heard by the Court on Jeffrey P. Wasserman's Motion to Withdraw as Counsel for the Defendant, 3-D/ Coastal Oil Company, and having determined sufficient grounds exist for the granting of said Motion,

IT IS HEREBY ORDERED that the Motion to Withdraw is granted and Jeffrey P. Wasserman is no longer attorney of record for the Defendant, 3-D/Coastal Oil Company.

_____
J.