## CERTIFICATE OF SERVICE

I, SUSAN CLYNES, secretary to Jeffrey P. Wasserman, Esquire hereby certify that on this 21st day of June, 2006, I caused the foregoing **Motion to Withdraw as Counsel** to be served as follow:

**BY FIRST CLASS MAIL**
Susan Ericksen, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068-1791

**VIA CERTIFIED AND FIRST CLASS MAIL**
Jerry Otzelberger
3-D/Coastal Oil
1010 Canal Street
New Smyrna Beach, FL 32168

*/s/ Susan Clynes*

SWORN TO and Subscribed before me the day and year aforesaid.

*/s/ Susan L. Dennie*
Notary Public